# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | <u>Bush v. Sneizik, et al.</u> | : | CIVIL NO. 3:CV-11-0690 |
| | | : | |
| Inmate: | **Christopher Bush** | : | (Judge Conner) |
| | | : | |
| ID Number: | 05594-041 | : | (Magistrate Judge Smyser) |

## **ORDER**

On April 13, 2011, Christopher Bush filed the above civil rights complaint while residing at a Community Corrections Center in Council Bluffs, Iowa.  Since the complaint was not accompanied by a filing fee or one of the forms required to proceed <u>in forma pauperis</u> in a civil rights case, on April 14, 2011, an Administrative Order was issued informing the Plaintiff that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed authorization form.  The appropriate form was enclosed with the Order.[1]  Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge

DATE: May 20, 2011

---

[1.] Our Administrative Order and all additional correspondence to the Plaintiff was returned as undeliverable.  However, we have not received any change of address from the Plaintiff.